UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-2897-MWF(SKx)**                               Dated: **June 29, 2017**

Title:       Joseph Bradley, Jr.  -v- Nationstar Mortgage Company, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

   In light of the Mediation Report filed June 28, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 31, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN

-1-